Trey Crawford – SBN 24059623
Michael J. Lang -SBN 24036944
Alexandra Ohlinger - SBN 24091423
Gracen Moreno - SBN 24116248
David M. Akere - SBN 24126294
**CRAWFORD WISHNEW & LANG PLLC**
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Fascimile: (214) 602-6551
tcrawford@cwl.law
mlang@cwl.law
aohlinger@cwl.law
gmoreno@cwl.law
dakere@cwl.law

***Counsel for Toby Neugebauer and Melissa Neugebauer***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:**<br><br>**ANIMO SERVICES, LLC**<br>**Debtor.** | §<br>§<br>§<br>§<br>§ | <br>**Chapter 7**<br><br>**Case No. 23-30035-mvl-7** |
| **AREYA HOLDER AURZADA, TRUSTEE**<br>**Plaintiff,**<br><br>**v.**<br><br>**TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,**<br>**Defendants** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>**Adv. No. 25-03015-mvl** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** pursuant to Local Bankruptcy Rule 2003(j), **Trey Crawford** of CRAWFORD, WISHNEW & LANG PLLC hereby appears in this case as Lead counsel for Defendants **Toby Neugebauer and Melissa Neugebauer** in this matter:

Trey Crawford (Lead)
**CRAWFORD WISHNEW & LANG PLLC**
1700 Pacific Avenue, Suite 2390, Dallas, Texas 75201
Telephone: (214) 817-4500
tcrawford@cwl.law

Counsel requests service of all notices and papers pursuant to FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002(m) and additionally includes, without limitation, any application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written or oral, or otherwise filed or made with regard to the above-referenced case and any ancillary proceedings related thereto.

Dated: March 24, 2026

**CRAWFORD, WISHNEW & LANG PLLC**

By: */s/ Trey Crawford*
**Trey Crawford**
State Bar No. 24059623
tcrawford@cwl.law
Michael J. Lang
State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger
State Bar No. 24091423
aohlinger@cwl.law
Gracen Moreno
State Bar No. 24116248
gmoreno@cwl.law
David M. Akere
State Bar No. 24126294
dakere@cwl.law
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551

**ATTORNEYS FOR DEFENDANTS TOBY NEUGEBAUER AND MELISSA NEUGEBAUER**

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 24, 2026, I electronically served a copy of the foregoing document to all filers of record pursuant to the Rules.

*/s/ Trey Crawford*
Trey Crawford