Trey Crawford – SBN 24059623
Michael J. Lang -SBN 24036944
Alexandra Ohlinger - SBN 24091423
Gracen Moreno - SBN 24116248
David M. Akere - SBN 24126294
**CRAWFORD WISHNEW & LANG PLLC**
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Fascimile: (214) 602-6551
tcrawford@cwl.law
mlang@cwl.law
aohlinger@cwl.law
gmoreno@cwl.law
dakere@cwl.law

***Counsel for Defendants***
***Toby Neugebauer and Melissa Neugebauer***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **AMINO SERVICES, LLC,** | § | |
| | § | **Case No. 23-30035-mvl-7** |
| **Debtor.** | § | |

| | | |
|---|---|---|
| **AREYA HOLDER AURZADA,** | § | |
| **TRUSTEE,** | § | |
| **Plaintiff,** | § | |
| | § | **Adv. No. 25-03015-mvl** |
| **v.** | § | |
| | § | |
| **TOBY NEUGEBAUER AND MELISSA** | § | |
| **NEUGEBAUER,** | § | |
| **Defendants** | § | |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS AND REQUEST FOR REMOVAL OF HEARING

COME NOW Defendants Toby Neugebauer and Melissa Neugebauer ("Defendants") and provide notice to the Court and the parties that Defendants are withdrawing their *Motion*

*to Dismiss First Amended Complaint* [Dkt. 24] (the "Motion") and, as a result, request the Court remove the hearing on the Motion currently set for **Monday, March 30, 2026 at 9:30 a.m.**

Dated: March 27, 2026

**CRAWFORD, WISHNEW & LANG PLLC**

By: */s/ Trey Crawford*
**Trey Crawford**
State Bar No. 24059623
tcrawford@cwl.law
Michael J. Lang
State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger
State Bar No. 24091423
aohlinger@cwl.law
Gracen Moreno
State Bar No. 24116248
gmoreno@cwl.law
David M. Akere
State Bar No. 24126294
dakere@cwl.law
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551

***Counsel for Defendants***
***Toby Neugebauer and Melissa Neugebauer***

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, I electronically served a copy of the foregoing document to all filers of record pursuant to the Rules.

*/s/ Trey Crawford*
Trey Crawford