Trey Crawford – SBN 24059623
Michael J. Lang -SBN 24036944
Alexandra Ohlinger - SBN 24091423
Gracen Moreno - SBN 24116248
David M. Akere - SBN 24126294
**CRAWFORD WISHNEW & LANG PLLC**
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Fascimile: (214) 602-6551
tcrawford@cwl.law
mlang@cwl.law
aohlinger@cwl.law
gmoreno@cwl.law
dakere@cwl.law

***Counsel for Defendants***
***Toby Neugebauer and Melissa Neugebauer***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:**<br><br>**AMINO SERVICES, LLC,**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§ | **Chapter 7**<br><br>**Case No. 23-30035-mvl-7** |
| **AREYA HOLDER AURZADA, TRUSTEE,**<br>**Plaintiff,**<br><br>**v.**<br><br>**TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,**<br>**Defendants** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adv. No. 25-03015-mvl** |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS AND REQUEST FOR REMOVAL OF HEARING**

COME NOW Defendants Toby Neugebauer and Melissa Neugebauer ("Defendants") and provide notice to the Court and the parties that Defendants are withdrawing their *Motion*

*to Dismiss First Amended Complaint* [Dkt. 24] (the "Motion") and, as a result, request the Court remove the hearing on the Motion currently set for **Monday, March 30, 2026 at 9:30 a.m.**

Dated: March 27, 2026

**CRAWFORD, WISHNEW & LANG PLLC**

By: */s/ Trey Crawford*
**Trey Crawford**
State Bar No. 24059623
tcrawford@cwl.law
Michael J. Lang
State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger
State Bar No. 24091423
aohlinger@cwl.law
Gracen Moreno
State Bar No. 24116248
gmoreno@cwl.law
David M. Akere
State Bar No. 24126294
dakere@cwl.law
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551

***Counsel for Defendants***
***Toby Neugebauer and Melissa Neugebauer***

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, I electronically served a copy of the foregoing document to all filers of record pursuant to the Rules.

*/s/ Trey Crawford*
Trey Crawford