**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ANIMO SERVICES, LLC,** | § | |
| | § | **Case No. 23-30035-MVL-7** |
| ***Debtor*.** | § | |

| | | |
|---|---|---|
| **AREYA HOLDER AURZADA, TRUSTEE,** | § | |
| | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **Adv. No. 25-03015-mvl** |
| | § | |
| **TOBY NEUGEBAUER and MELISSA NEUGEBAUER,** | § | |
| | § | |
| | § | |
| ***Defendants.*** | § | |

**ORDER GRANTING MOTION TO COMPEL DISCOVERY FROM DEFENDANTS TOBY NEUGEBAUER AND MELISSA NEUGEBAUER**

CAME ON FOR CONSIDERATION Plaintiff Areya Holder Aurzada's (the "Trustee" or "Plaintiff") Motion to Compel Discovery and Brief in Support (the "Motion") against Defendants Toby Neugebauer ("Toby") and Melissa Neugebauer ("Melissa," and together with Toby, the "Defendants"), and all supporting documents. Having considered the Motion, any response thereto, the arguments of counsel, and the applicable law, the Court finds that the Motion is well-taken and should be **GRANTED.**

Accordingly, **IT IS HEREBY ORDERED** that:

1. Toby Neugebauer produces to the Trustee all non-privileged documents within its possession, custody, or control responsive to the requests for production contained in the Trustee's First Set of Discovery to Defendant Toby Neugebauer;

2. Melissa Neugebauer produces to the Trustee all non-privileged documents within its possession, custody, or control responsive to the requests for production contained in the Trustee's First Set of Discovery to Defendant Melissa Neugebauer;

3. Defendants produce documents in the form in which they are ordinarily maintained or in a reasonably usable form and preserve associated metadata; and

4. Defendants complete the production required by the foregoing paragraphs within seven days of entry of the Order;

5. Toby Neugebauer serve amended, Rule 36-compliant answers to RFA Nos. 38-46 within seven days of entry of the Order, with those requests deemed admitted if he does not.

**# # # END OF ORDER # # #**