Chase J. Potter
Texas Bar No. 24088245
Joshua L. Shepherd
Texas Bar No. 24058104
Benjamin L. Weible
Texas Bar No. 24068834
Ryan M. Anderson
Texas Bar No. 24143563
IACUONE MCALLISTER POTTER PLLC
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Telephone: (214) 432-1536
potter@imcplaw.com
shepherd@imcplaw.com
weible@imcplaw.com
anderson@imcplaw.com

COUNSEL FOR THE AGENT AND
SPECIAL COUNSEL FOR TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **ANIMO SERVICES, LLC** | § | **Case No. 23-30035-MVL-7** |
| | § | |
| ***Debtor*.** | § | |

| | | |
|---|---|---|
| | § | |
| **AREYA HOLDER AURZADA, TRUSTEE,** | § | |
| ***Plaintiff*,** | § | |
| | § | |
| | § | |
| **v.** | § | **Adv. No. 25-03015-mvl** |
| | § | |
| **TOBY NEUGEBAUER and MELISSA NEUGEBAUER,** | § | |
| | § | |
| | § | |
| ***Defendants.*** | § | |

## NOTICE OF HEARING

Please take notice that a hearing has been set for **December 1, 2026, at 2:00 p.m. Central Time** before the Honorable Michelle V. Larson, United States Bankruptcy Judge, 1100 Commerce

Street, 14th Floor, Courtroom #2, Dallas, Texas 75242, on *Trustee's Motion to Compel Discovery from Defendants Toby Neugebauer and Melissa Neugebauer* (Dkt No. 36). The hearing will take place **in-person**.

Respectfully submitted,

*/s/ Benjamin L. Weible*

**CHASE J. POTTER**
Texas Bar No. 24088245
E-Mail: potter@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas Bar No. 24058104
E-Mail: shepherd@imcplaw.com
**BENJAMIN L. WEIBLE**
Texas Bar No. 24068834
E-Mail: weible@imcplaw.com
RYAN M. ANDERSON
Texas Bar No. 24143563
E-Mail: anderson@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Telephone: (214) 432-1536

**COUNSEL FOR THE AGENT AND SPECIAL COUNSEL FOR TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2026, the foregoing was served on all counsel of record via CM/ECF.

*/s/ Benjamin L. Weible*
BENJAMIN L. WEIBLE